PD-1234-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/22/2015 2:11:00 PM
Accepted 9/22/2015 2:35:27 PM
ABEL ACOSTA
CLERK

No. PD-1234-15

(Court of Appeals No. 05-14-00483-CR)

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

JUSTIN COOK,

Petitioner,

v.

THE STATE OF TEXAS

# MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

On discretionary review from the Court of Appeals
Fifth District of Texas at Dallas

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

JUSTIN COOK, Petitioner, pursuant to TEX.R.APP.P. 68.2(c), respectfully moves the Court to extend the time for filing a petition for discretionary review until 22 September 2015, and for cause represents as follows:

1. **Deadline for filing Petition for Discretionary Review**. A petition for discretionary review was due to be filed on 17 September 2015.

2. **Length of Extension Sought**. The Petitioner seeks an extension of time for filing a petition for discretionary review to and including 22 September 2015.

3. **Basis of Request for Extension**. The Petitioner has requested the undersigned counsel to prepare and file a petition for discretionary review in this case. The undersigned counsel has not been able to prepare and file a petition for discretionary review in this case due primarily to the undersigned's hospitalization and treatment for myelodisplastic syndrome, with which he was diagnosed in early September, coupled with the undersigned's preparation during the past month of a brief in *McCauley v. State*, pending in the Dallas Court of Appeals and a motion for rehearing in *Bucaro v. State*, pending in the Fort Worth Court of Appeals.

The treatment being administered to the undersigned for the myelodisplastic syndrome consists of seven days of chemotherapy (Vidaza) every twenty-eight days, the consequence of which is extreme fatigue for a period of two weeks.

The undersigned counsel has prepared a petition for discretionary review in this case and e-filed it on 18 September 2015 along with a request to extend the time for filing the petition until 18 September 2015.

The undersigned counsel has been advised by the Court that an extension of time until 22 September 201 - the day on which the petition was accepted - must be filed. Accordingly, this extension of time is being filed to seek an extension of time within which to file a petition for discretionary review until 22 September 2015.

4. **Previous Extensions Granted**. No previous extensions for filing a petition for discretionary review have been requested or granted.

5. **Identity of Court of Appeals**.  This case was appealed to and decided by the Court of Appeals for the Fifth District at Dallas.

6. **Case Number and Style in Court of Appeals**.  This case was styled *Justin Cook v. State of Texas* in the Court of Appeals and bore No. 05-14-00483-CR.

6. **Date of Judgment of Court of Appeals**.  The judgment of the Court of Appeals was rendered on 9 June 2015 and a timely-filed motion for rehearing was denied on 18 August 2015.

7. **Identity of Trial Court**.  County Criminal Court No. 9 of Dallas County, Texas, Hon Peggy Hoffman presiding.

8. **Date of Trial Court's Judgment**.  21 April 2014..

9. **Style and Case Number in Trial Court**. *State v. Justin Cook*, No. MA12-46238-K.

Wherefore, the Petitioner prays that the time for filing a petition for discretionary review in this case be extended to and including 22 September 2015.

Respectfully submitted,

/s/   Melvyn Carson Bruder

MELVYN CARSON BRUDER

TSB 03241000
6440 North Central Expressway
516 Turley Law Center
Dallas, Texas 75206
214.987.3500
214.987.3518  (FAX)
melvyn@melvynbruderlaw.com

Counsel for Petitioner

## CERTIFICATE OF SERVICE

This is to certify that on 22 September 2015 a true and correct copy of the foregoing motion was served upon counsel of record for the State of Texas and upon the State Prosecuting Attorney via first class United States mail, postage prepaid, in Dallas, Texas.

/s/   Melvyn Carson Bruder

MELVYN CARSON BRUDER